■ In the Matter of BURTON N. PUGACH, Petitioner v. JOSEPH A. MARTINIS, as Acting Supreme Court Justice of the State of New York, et al., Respondents.

No opinion. Concur — Stevens, J. P., Eager, Steuer, Capozzoli, and McGivern, JJ.

■ ALCOA RESIDENCES, INC., Respondent, v. ASSOCIATION OF TENANTS OF LINCOLN TOWERS, INC., et al., Appellants.

Concur — Steuer, J. P., Capozzoli, Tilzer, Rabin and McGivern, JJ.